UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES DUGUID and CHARLENE JAMES, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION No. 3:17-cv-640 ) |
| v. | ) ) |
| DePUY ORTHOPAEDICS, INC.; DePUY PRODUCTS, INC., DePUY, INC.; DePUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL, | ) ) ) COMPLAINT ) ) ) ) PLAINTIFFS DEMAND ) A TRIAL BY JURY ) |
| Defendants. | ) |

_____

## SUMMARY OF PLAINTIFFS' ALLEGATIONS

1. This is a civil action brought by Plaintiffs James O. Duguid, Jr. ("Plaintiff James Duguid") and Charlene James ("Plaintiff Charlene James"), husband and wife (collectively referred to as "Plaintiffs"), against Defendants DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy, Inc., DePuy International Limited, Johnson & Johnson, Johnson & Johnson Services, Inc., and Johnson & Johnson International ("Defendants").

2. Plaintiffs have suffered damages as a result of Defendants' wrongful conduct in connection with the development, design, testing, manufacture, distribution, and sale of the DePuy Pinnacle™ Metal-on-Metal Hip Replacement System ("DePuy Pinnacle metal-on-metal").